IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                      ORDER

        Plaintiff,

                                  05-cv-0469-bbc
                                  02-cr-0027-bbc
    v.                             18-cv-7-bbc

ERNEST E. BROOKS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 5, 2018, defendant Ernest E. Brooks filed a motion to reconsider the judgment entered in this case on February 1, 2018, denying as successive his motion for relief under 28 U.S.C. § 2255. Because nothing in defendant's motion convinces me that it was a mistake to deny his § 2255 motion as a successive petition, the motion will be DENIED.

ORDER

Defendant Ernest E. Brooks' motion to reconsider the judgment herein on February 1, 2018 is DENIED.

Entered this 7th day of March, 2018.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge