In The United States District Court
For The Western District of Wisconsin

DOC NO
REC'D/FILED
2018 MAR 22 AM 10: 19
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Ernest E. Brooks,

    Petitioner,          Civil No. 18-cv-7-bbc

  v.

UNITED STATES OF AMERICA,

    Respondent.       /
_____

## NOTICE OF APPEAL

AND NOW, Comes Petitioner Ernest E. Brooks in the above matter
before the Court without the aid of counsel in his Pro-se capacity.
Petitioner is appealing the decision dismissing his remedy of
habeas corpus on January 31, 2018 and the Order denying his
Motion for reconsideration on March 7, 2018 to the U.S. Court of
Appeals for the Seventh Circuit.

                              Respectfully submitted,

Executed on March 17, 2018    *Ernest E. Brooks*
                              Ernest E. Brooks
                              FCI-Milan
                              P.O. Box 1000
                              Milan, MI 48160
                              Register No. 05071-090